■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN LEWIS, Appellant. [618 NYS2d 227] —Appeal by the defen-

dant from a judgment of the County Court, Dutchess County (Marlow, J.), rendered July 31, 1993.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Bracken, J. P., Balletta, Ritter, Pizzuto and Florio, JJ., concur.